GRACE WEIDER, Respondent, v. FREDERICK W. TEAGLE, Appellant.—Judgment and order reversed on the law and facts and new trial granted, with costs

---

* See Water Supply Act (Laws of 1905, chap. 724), as amd.; *Matter of Board of Water Supply* (121 Misc. Rep. 204).— [REP.

to the appellant to abide the event, on the ground that the verdict is excessive, unless the plaintiff stipulates to reduce the same to $3,000, in which case the judgment is modified accordingly and as so modified judgment and order unanimously affirmed, without costs.